

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2014

No. 04-13-00803-CV

Denise **MCVEA** and Auris Project, Inc.,
Appellants

v.

James Michael **KISSLER**,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On April 17, 2014, appellant filed a motion for extension of time to file her brief. In her motion, appellant states that she requested and paid for two additional reporter's records. One of those records has been filed; however, the court reporter responsible for preparing the second reporter's record, Ms. Tracy Ray Plummer, notified the court that she has not been paid the balance due on her portion of the record. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that the balance owing on the reporter's fee has been paid.

If appellant fails to respond within the time provided, appellant is ORDERED to file her brief no later than thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require Ms. Plummer's portion of reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). If appellant pays the balance, Ms. Plummer is ORDERED to file her portion of the reporter's record no later than ten (10) days from the date payment is received, and appellant is ORDERED to file her brief no later than thirty (30) days from the date Ms. Plummer's record is filed.

The electronic appellate record is available for inspection by appellant at the clerk's office of the Fourth Court of Appeals. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 10A ("Pro se parties may inspect the record only on the premises of the court.").

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2014.



Keith E. Hottle
Clerk of Court